UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD LEE COLVIN, JR.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAPTAIN TILTON, et al.,<br><br>　　　　Defendant(s). | Case No. 22-cv-03392-CRB  (PR)<br><br>**ORDER OF DISMISSAL** |

　　On August 16, 2022, the court (van Keulen, M.J.) dismissed plaintiff's pro se prisoner complaint under 42 U.S.C. § 1983 with leave to amend to allege a cognizable claim for relief, if possible, within 28 days. The court warned plaintiff that "[f]ailure to amend within the designated time and in accordance with this order may result in dismissal of this case." ECF No. 7 at 4 (emphasis in original).

　　More than 120 days have passed since the court's August 16, 2022 order and plaintiff has not filed an amended complaint or even sought an extension of time to do so. This case accordingly is DISMISSED.

　　The clerk is instructed to close the file.

　　**IT IS SO ORDERED**.

Dated: December 22, 2022

_____
CHARLES R. BREYER
United States District Judge